UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                  Case No. 12-MC-18

JOHN HANITZ,

    Respondent.

## ORDER

Upon conducting a show cause hearing on April 27, 2012, **THE COURT HEREBY ORDERS** that the respondent, John Hanitz, appear before Internal Revenue Service ("IRS") Revenue Officer Jaclyn Lyons, at 1127 Nier Court, Green Bay, Wisconsin, on May 16, 2012, at 10:00 a.m.

**THE COURT FURTHER ORDERS** that the respondent fully comply with the IRS summons that was served on the respondent on December 20, 2011, to which the respondent has yet to fully respond, by May 16, 2012.

Entered this __4th__ day of May, 2012.

                                            BY THE COURT:

                                            s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH
                                            United States District Judge